IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

COACHELLA MUSIC FESTIVAL, LLC and
GOLDENVOICE, LLC,

                      Plaintiffs,

          v.

JUSTIN JOHNSON, and
KELSYE ADAMS,

                      Defendants.

Civil Action No. 1:23-cv-00288-RBW

---

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
JUSTIN JOHNSON AND KELSYE ADAMS**

Patrick C. Ashby and Linklaters LLP respectfully seek leave of this Court, pursuant to Local Rule 83.6, and in compliance with D.C. Rule of Professional Conduct 1.16(a)(3) (requiring withdrawal where "[t]he lawyer is discharged"), to withdraw as counsel for Defendants Justin Johnson and Kelsye Adams in the above captioned case. In support thereof, undersigned counsel states as follow:

1. On April 19, 2023, Robin L. Nunn, Esq., then a partner of the law firm of Morgan, Lewis & Bockius LLP, entered a Notice of Appearance as counsel for Mr. Johnson and Ms. Adams (ECF No. 22). On June 5, 2023, Ms. Nunn entered a Notice of Change of Address, noting Linklaters LLP as her new firm, and its address (ECF No. 27).

2. On February 15, 2024, Mr. Ashby, a partner of Linklaters LLP, filed a Motion to Extend Time (ECF No. 49), updating the Court that Ms. Nunn was on leave from Linklaters and requesting a one-month extension of all case deadlines to allow Mr. Johnson and Ms. Kelsye time to determine their choice of counsel.  The Court granted that extension on February 15, 2024 (ECF No. 50).

3. Ms. Nunn departed from Linklaters LLP on February 23, 2024.

4. Mr. Johnson and Ms. Adams have discharged Mr. Ashby and Linklaters LLP as counsel in this case.

5. Pursuant to Local Rule 83.6(d), undersigned counsel respectfully submits that granting this motion to withdraw will not unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise harm the interests of the justice. This action is still in early stages of litigation; it has not been set for trial, and discovery has not yet materially commenced.

6. Undersigned counsel has informed Plaintiffs' counsel of the intended filing of this motion.

7. While Ms. Nunn remains on the docket as counsel of record (although she has departed Linklaters), out of an abundance of caution undersigned counsel has also complied with the procedural requirements governing withdrawal of counsel when another attorney has not appeared, pursuant to Local Rule 83.6(c). Specifically, undersigned counsel has served Mr. Johnson and Ms. Adams a copy of this motion and a notice advising the parties to obtain other counsel, or, if the parties intend to conduct the case pro se or to object to the withdrawal, to notify the clerk in writing within seven days of service of the motion. A certificate of service is included below.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that this Court grant this motion and order Mr. Ashby and Linklaters LLP as withdrawn as counsel in this case.

Dated: New York, New York
March 18, 2024

                                            Respectfully submitted,

                                            Linklaters LLP

                                      By:   */s/ Patrick C. Ashby*
                                                   Patrick C. Ashby
                                                   1290 Avenue of the Americas
                                                   New York, NY 10104
                                                   (212) 903 9268

## Certificate of Service

    I hereby certify that on March 18, 2024, a copy of the foregoing motion was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all ECF-registered counsel. I further certify that on March 18, 2024, a copy of the foregoing was emailed to Justin Johnson and Kelsye Adams and served to the following addresses by United States mail, postage prepaid:

Justin Johnson
2301 Cathedral Avenue NW, Apartment 410
Washington, D.C. 20008

Kelsye Adams
211 N Laburnum Avenue, Apartment 1
Richmond, VA 23223-3107

                                                    */s/ Patrick C. Ashby*
                                                    Patrick C. Ashby