**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC and GOLDENVOICE, LLC,<br>425 W. 11th Street, Suite 500<br>Los Angeles CA 90015<br><br>        Plaintiffs<br><br>  v.<br><br>JUSTIN JOHNSON<br>2301 Cathedral Avenue NW, Apt. 410<br>Washington, DC 20008; and<br><br>KELSYE ADAMS<br>1839 13th Street<br>Unit 304<br>Washington, DC 20009<br><br>        Defendants. | Case No. 1:23-cv-00288-RBW |

**JOINT STATUS REPORT**

In response to the Court's March 25, 2026 minute order, the parties met and conferred via Zoom on April 9, 2026 to discuss the status of this case. The parties agree that it is appropriate to terminate this action on the Court's docket at this time. Defendants reviewed and join in this report.

Dated: April 10, 2026

By: /s/ Steven E. Lauridsen
    David J. Steele (*pro hac vice*)
    david.steele@tuckerellis.com
    Steven E. Lauridsen (*pro hac vice*)
    steven.lauridsen@tuckerellis.com
    Dina Roumiantseva (*pro hac vice*)
    dina.roumiantseva@tuckerellis.com
    TUCKER ELLIS LLP
    515 South Flower Street, 42nd Floor
    Los Angeles, CA 90071
    Telephone: 213.430.3400

    Attorneys for Plaintiffs
    Coachella Music Festival, LLC and
    Goldenvoice, LLC

**PROOF OF SERVICE**

On April 10, 2026, I served the foregoing document on Defendants via email at the following addresses:

JUSTIN JOHNSON

yaddiya@gmail.com

2301 Cathedral Avenue NW, Apt. 410

Washington, DC 20008

and

KELSYE ADAMS

kelsye0803@gmail.com

1839 13th Street NW, Unit 304

Washington, DC 20009

/s/Steven E. Lauridsen

-2-